**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**DARSELL HARRIS,**

    **Plaintiff,**

**v.**                       **CASE NO.**

**CENTURION OF FLORIDA, LLC,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

Defendant Centurion of Florida, LLC ("Centurion" or "Defendant"), by and through its undersigned counsel, hereby gives notice of the removal of the above-styled action to the United States District Court for the Northern District of Florida, Pensacola Division.  As grounds for removal, Centurion states as follows:

**I.**

## INTRODUCTION

1.    This action is being removed pursuant to 28 U.S.C. §§ 1331, 1441 (a) and (c), and 1446(a), (b), and (c).  On or about November 20, 2019, Plaintiff Darsell Harris ("Harris") filed a Complaint against Defendant in the Circuit Court of the First Judicial Circuit in and for Santa Rosa County, Florida.  The action, styled *Darsell Harris v. Centurion of Florida, LLC.,* was

assigned Case No. 19000868CAMXAX (hereinafter referred to as the "Circuit Court Action").

2.     Defendant was served with a copy of the Summons and Complaint November 26, 2019.   Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely filed.

3.     In the Complaint, Harris, an employee of Defendant MHM Health Professionals, LLC,[1] asserts that she "has been discriminated against because of her race in that she was treated differently than similarly situated non-African American employees and has been subjected to hostility and poor treatment" in violation of 42 U.S.C. § 2000e *et seq*., 42 U.S.C. § 1981, and Chapter 760, Florida Statutes.   Plaintiff also alleges that she was retaliated against in violation of 42 U.S.C. § 2000e *et seq*., 42 U.S.C. § 1981, and Chapter 760, Florida Statutes.

## II.

## <u>PREREQUISITES TO REMOVAL</u>

1.     Written notice of the filing of this Notice of Removal has been given to all parties in this action, and a copy of the Notice of Removal will be

---

[1] Plaintiff identifies the wrong employer as the Defendant in this action and as her employer.  Plaintiff's actual employer was MHM Health Professionals, LLC f/k/a MHM Health Professionals, Inc. ("MHMHP").

2

filed promptly with the Clerk of the Circuit Court of the First Judicial Circuit in and for Santa Rosa County, Florida.

2.     A true and legible copy of all process, pleadings, orders, and other papers or exhibits of every kind on file in the Circuit Court Action is attached as Composite Exhibit "A".

### III.

### <u>VENUE AND FEDERAL QUESTION JURISDICTION</u>

1.     Venue is proper in this Court because the action is being removed from the Santa Rosa County Circuit Court which lies within the Northern District of Florida.  *See* 28 U.S.C. §§ 1441(a) and 1446(a)

2.     Because the Complaint alleges claims arising under 42 U.S.C. § 2000e *et seq*. and 42 U.S.C. § 1981, this is a civil action arising under the laws of the United States over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331.

3.     Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over the state claims asserted against Defendants in the Circuit Court Action because, as pleaded, these claims are so related to the claims over which this Court has original jurisdiction that such claims form a part of the same case or controversy under Article III of the United States

Constitution. Accordingly, removal of this action is appropriate pursuant to 28 U.S.C. §§ 1441(a) and (c).

## IV.

## **CONCLUSION**

WHEREFORE, Defendant Centurion removes the above-styled action now pending against it in the Circuit Court of the First Judicial Circuit in and for Santa Rosa County, Florida, to the United States District Court for the Northern District of Florida, Pensacola Division.

Dated: December 16, 2019

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Catherine H. Molloy
Florida Bar No. 003500
Email: molloyk@gtlaw.com
Cayla M. Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard
Suite 1900
Tampa, FL  33602
Telephone:  (813) 318-5700
Fax:  (813) 318-5900
Attorneys for Defendant

ADMIN 36233884v1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been electronically transmitted using the CM/ECF System for filing and transmittal to the following ECF registrant(s) on this December 16, 2019 to:

Gaye L. Huxoll
TEIN MALONE PLLC
3059 Grand Avenue
Coconut Grove, FL 33133
ghuxoll@teinmalone.com

/s/Richard C. McCrea, Jr.
Attorney

ADMIN 36233884v1